IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, et al. )
                               )
      Plaintiffs, )
                               )
v. )     1:14cv1126 (LMB/TRJ)
                               )
KEC INSTALLATIONS INC. )
                               )
      Defendant. )

## ORDER

On April 30, 2015, a magistrate judge issued a Report and Recommendation ("Report"),
in which he recommended that a default judgment in the total amount of $15,063.05, consisting
of $7,575.12 in delinquent payments; $461.17 in accrued interest; $1,515.00 in liquidated
damages; $225.76 in pre-litigation liquidated damages; and $5,286.00 in attorney's and costs be
recovered by plaintiffs. The Report placed the parties on notice that any objections had to be
filed within fourteen (14) days of receipt of the Report and that failure to file timely objections
waived appellate review of any judgment based on the Report. As of May 27, 2015, no
objections have been filed.

A review of the Report, case file, and plaintiffs' Amended Motion for Default Judgment
with its attachments, accurately states the relevant facts and law. Therefore, the findings and
conclusions of the Report are adopted as the Court's findings and conclusions, and on this basis
plaintiffs' Amended Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Order and Judgment will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment by Default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 28th day of May, 2015.

/s/

Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

2